IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS HAUSCHILD,

    Plaintiff,

v.

CITY OF RICHMOND AND
CHRISTOPHER MAGNUS,

    Defendant.

No. C 15-01556 WHA

**ORDER CONTINUING SUMMARY JUDGMENT BRIEFING DEADLINES BY ONE WEEK**

    Defendants filed a motion for partial summary judgment on June 29, rendering plaintiff's opposition due on July 13. On July 7, plaintiff filed a request to stay defendants' summary judgment motion in order to conduct discovery. Plaintiff's opposition to defendants' summary judgment motion shall now be due on **JULY 20.** Defendants' reply is now due on **JULY 27.** For now, the August 20 hearing will remain on calendar. The parties shall be prepared to discuss the issue of whether defendants' summary judgment motion should be continued further at the upcoming case management conference on July 16.

    **IT IS SO ORDERED.**

Dated: July 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE