1  David M. Poore, SBN 192541
   BROWN | POORE LLP
2  1350 Treat Blvd., Suite 420
   Walnut Creek, California 94597
3  Telephone:    (925) 943-1166
   Facsimile:    (925) 955-8600
4  dpoore@bplegalgroup.com

5  Attorneys for Plaintiff
   THOMAS HAUSCHILD

## UNITED STATES DISTRICT COURT

## NORTHISN DISTRICT OF CALIFORNIA

| THOMAS HAUSCHILD, | Case No.  3:15-cv-01556 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER DISMISSING FOURTH (HARASSMENT) AND FIFTH (VIOLATIONS OF THE CALIFORNIA CONSTITUTION) CAUSES OF ACTION WITH PREJUDICE, AND ALLOWING A 90-DAY DISCOVERY PERIOD ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S SIXTH CAUSE OF ACTION (POBR VIOLATIONS) [F.R.C.P. 56]** |
| v. | |
| CITY OF RICHMOND; CHRISTOPHER MAGNUS; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | **HON. WILLIAM ALSUP** |

-1-
STIPULATION AND ~~PROPOSED~~ ORDER [F.R.C.P. 56(F)]
HAUSCHILD V. CITY OF RICHMOND ET AL, CASE NO. 3:15-CV-01556 WHA

1  PLEASE TAKE NOTICE that the parties to this action, Plaintiff THOMAS
2  HAUSCHILD, and Defendants CITY OF RICHMOND and CHRISTOPHER MAGNUS, hereby
3  STIPULATE that Plaintiff shall dismiss with prejudice his Fourth Cause of Action for
4  Harassment, and his Fifth Cause of Action for Violations of the California Constitution with
5  prejudice. Defendants agree to continue the hearing date on their Partial Summary Judgment
6  motion (as to the Sixth Cause of Action) for 90 days to permit Plaintiff time to conduct discovery
7  on that Sixth Cause of Action which asserts violations of the Public Safety Officers Procedural
8  Bill of Rights ("POBR"), California Government Code Section 3300 et seq.
9  With approval by this Court, this Stipulation should resolve the dispute set forth in
10 Plaintiff's Ex Parte Motion for Discovery (Doc. No. 24), filed in response to Defendants' Motion
11 for Partial Summary Judgment (Doc. No. 17).
12 The parties are not making this request for the purpose of any undue delay, and no party
13 would suffer any prejudice if this stipulation was granted.
14 IT IS HEREBY STIPULATED between the parties that Plaintiff's Fourth and Fifth
15 Causes of Action to the First Amended Complaint shall be Dismissed with Prejudice. Defendants
16 agree to and do continue the hearing date on their pending Partial Summary Judgment motion for
17 90 days to allow Plaintiff to conduct discovery as to the Sixth Cause of Action.
18 SO STIPULATED.
19
20 Dated: July 15, 2015

/s/ Geoff Spellberg
21 GEOFF SPELLBERG
MYERS NAVE
22 Attorneys for Defendants

23 Dated: July 15, 2015

24 /s/ David M. Poore
DAVID M. POORE
25 SCOTT A. BROWN
BROWN POORE LLP
26 Attorneys for Plaintiffs
27
28
-2-
STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER [F.R.C.P. 56(F)]
HAUSCHILD V. CITY OF RICHMOND ET AL, CASE NO. 3:15-CV-01556 WHA

# [~~PROPOSED~~] ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the Fourth and Fifth Causes of Action (Harassment and Violations of the California Constitution) to the First Amended Complaint shall be and are hereby dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff is permitted to conduct discovery for a period of 90 days on Defendants' Motion for Partial Summary Judgment (Doc. No. 17). The new hearing date on the defense motion for Partial Summary Judgment shall be November 19, 2015 at Eight A.M. ~~2015~~. Plaintiff's opposition is due 28 days before the new hearing date. Reply shall be due fourteen days thereafter.

SO ORDERED.

Dated: July 16, 2015                    _____
                                        UNITED STATES DISTRICT COURT

2466223.1