David M. Poore, SBN 192541
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:	(925) 943-1166
Facsimile:	(925) 955-8600
dpoore@bplegalgroup.com

Attorneys for Plaintiff
THOMAS HAUSCHILD

# UNITED STATES DISTRICT COURT

# NORTHISN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; CHRISTOPHER MAGNUS; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No.  3:15-cv-01556 WHA**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING THE DEADLINE TO COMPLETE ADR; REQUEST FOR REFERRAL TO PRIVATE MEDIATION PROGRAM IN LIEU OF EARLY NEUTRAL EVALUATION**<br><br>**HON. WILLIAM ALSUP** |

1  PLEASE TAKE NOTICE that the parties to this action, Plaintiff THOMAS HAUSCHILD, and Defendants CITY OF RICHMOND and CHRISTOPHER MAGNUS, hereby STIPULATE to extending the deadline in which to complete ADR. The current deadline to complete ADR is October 15, 2015. Through this stipulation, the parties are jointly requesting that this deadline be extended until December 18, 2015.

There exists good cause in which to extend this deadline, as (1) the schedules of the participating parties did not allow for a mutually-agreeable date before October 15, 2015, (2) there was some delay in scheduling the ENE, as the original Evaluator was required to recuse herself due to an unforeseen conflict of interest after she had already scheduled the ENE session, (3) the parties would like to complete some of the key discovery, including the deposition of the Plaintiff, prior to participating in ADR believing that completion of that discovery will enhance the ADR process, (4) Plaintiff has requested additional time to respond to outstanding discovery because Plaintiff is in the process of responding to the defense motion for partial summary judgment and (5) after further consideration, the parties are requesting a referral to the Court's private mediation, as opposed to ENE and request that the current ENE be converted to mediation, as the parties believe that they will have better success in achieving a reasonable settlement through the Court's private mediation program, in lieu of ENE.

As noted immediately above, the parties are also jointly requesting a referral to the Court's private mediation program, as opposed to ENE. There exists good cause in which to grant this request, as the parties have been engaging in the discovery process in advance of the MSJ hearing in November 2015, and the parties believe that the better opportunity to achieve a reasonable resolution of this case is through the Court's private mediation program.

The parties are not making this request for the purpose of any undue delay, and no party would suffer any prejudice if this stipulation was granted.

IT IS HEREBY STIPULATED between the parties that the compliance date for ADR be extended until December 18, 2015.

-2-
STIPULATION AND P~~ROPOSED~~ ORDER RE EXTENDING DEADLINE FOR ENE
HAUSCHILD V. CITY OF RICHMOND ET AL, CASE NO. 3:15-CV-01556 WHA

1  IT IS HEREBY FURTHER STIPULATED between the parties that this matter be referred to the Court's private mediation program, in lieu of the current referral to ENE.

SO STIPULATED.

Dated: October 15, 2015

/s/ Geoff Spellberg
GEOFF SPELLBERG
Attorneys for Defendants

Dated: October 15, 2015

/s/ David M. Poore
DAVID M. POORE
SCOTT A. BROWN
Attorneys for Plaintiff

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: October 15, 2015      By:   */s/David M. Poore*
DAVID M. POORE
Attorney for Plaintiff

# [~~PROPOSED~~] ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the deadline for the completion of ADR shall be extended until December 18, 2015.

IT IS HEREBY FURTHER ORDERED that this matter is referred to the ADR unit for the assignment of a private mediator. The parties are ordered to complete private mediation, in lieu of ENE, no later than December 18, 2015.

SO ORDERED.

Dated: October 19, 2015

_____
UNITED STATES DISTRICT COURT

-4-

STIPULATION AND ~~PROPOSED~~ ORDER RE EXTENDING DEADLINE FOR ENE
HAUSCHILD V. CITY OF RICHMOND ET AL, CASE NO. 3:15-CV-01556 WHA