IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD, | No. C 15-01556 WHA |
| Plaintiff, | |
| v. | |
| CITY OF RICHMOND AND CHRISTOPHER MAGNUS, | **ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Defendants. | |

Plaintiff Thomas Hauschild has filed an administrative motion to file under seal three exhibits he appended in support of his motion for partial summary judgment. These exhibits are a 2012 internal affairs investigative report, a 2007 internal affairs investigative report, and plaintiff's June 2011 email to his supervisor at the Richmond Police Department. Pursuant to the parties' protective order, defendants had marked these documents as confidential. Under Civil Local Rule 79(e)(1), the "designating party must file a declaration . . . establishing that all designated material is sealable" within four days of the filing of the administrative motion. It has now been eight days since the motion was filed and defendants (the designating party) have not filed any declaration. Accordingly, the administrative motion to file Exhibits A–C under seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE