ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 7th Street, 3rd Floor
Berkeley, CA 94710
Telephone: (510) 995-5800
Facsimile:  (415) 678-3838

BRUCE REED GOODMILLER (SBN 121491)
City Attorney
bruce_goodmiller@ci.richmond.ca.us
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, California 94804
Telephone: (510) 620-6509
Facsimile:  (510) 620-6518

Attorneys for Defendants
CITY OF RICHMOND and CHRISTOPHER
MAGNUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; CHRISTOPHER MAGNUS; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 15-CV-01556-WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFF'S CLAIMS FOR EMOTIONAL DISTRESS DAMAGES** |

Plaintiff Thomas Hauschild ("Plaintiff") and Defendants City of Richmond and Christopher

Magnus ("Defendants") hereby stipulate as follows:

1.  Plaintiff acknowledges that Plaintiff is not claiming any damages for any alleged mental,

    emotional, psychiatric, psychological, or physical injury, effect, or impairment over and above

    those typically associated with the remaining causes of action pled in Plaintiff's Amended

    Complaint, (Violation of Plaintiff's due process, speech, and petition rights under the First, Fifth,

    and Fourteenth Amendments to the United States Constitution and under 42 U.S.C. Section 1983;

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

-1-

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

1    Discrimination in violation of the Fair Employment and Housing Act ("FEHA") under California

2    Government Code §12940; Retaliation in violation of FEHA under California Government Code

3    §12940(h); and violations of California Government Code sections 3304(d)(1) and 3309.5.)

4    Plaintiff is only seeking generalized or garden variety emotional distress damages in this action.

5    2.   Plaintiff will not call any expert witness, including but not limited to any psychiatrist,

6    psychologist, psychotherapist, counselor or physician, to testify concerning Plaintiff's alleged

7    emotional distress.  Plaintiff is not intending to call any other witness or offer any evidence other

8    than his own testimony to support his emotional distress claim.  However, should Plaintiff later

9    determine a need to offer such a witness or such evidence, Plaintiff shall promptly give notice to

10   Defendants and the parties shall meet and confer about the issue.

11   3.   Based upon these representations, Defendants will not move for or otherwise request a mental

12   examination of Plaintiff.  Defendants will withdraw their currently pending request for a mental

13   examination.

14   **IT IS SO STIPULATED.**

15   Dated:  April 20, 2016                            RENNE SLOAN HOLTZMAN SAKAI LLP

16                                                     By:  /s/ Geoffrey Spellberg
                                                          GEOFFREY SPELLBERG
17
                                                      Attorneys for Defendants
18                                                    CITY OF RICHMOND and CHRISTOPHER
                                                      MAGNUS
19

20   Dated:  April 20, 2016                            BROWN POORE LLP

21                                                     By:  /s/ David M. Poore
                                                          DAVID M. POORE
22                                                        SCOTT A. BROWN

23                                                    Attorneys for Plaintiff
                                                      THOMAS HAUSCHILD
24

25       I hereby attest that I have obtained concurrence for the filing of this document for any signatures

26   indicated by a "conformed" signature (/s/) within this e-filed document.

27   Dated:  April 21, 2016                             /s/
                                                      GEOFFREY SPELLBERG
28

-2-

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFF'S CLAIMS FOR EMOTIONAL DISTRESS
DAMAGES - Case No. 15-CV-01556-WHA

1

**[~~PROPOSED~~] ORDER**

2          The Court has considered the above stipulation of the parties. The stipulation is hereby adopted

3   by the Court.

4

5

6   Dated: April 22, 2016                                        _____

7                                                                Hon. William Alsup
                                                                 United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFF'S CLAIMS FOR EMOTIONAL
DISTRESS DAMAGES - Case No. 15-CV-01556-WHA