IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS HAUSCHILD,

    Plaintiff,

  v.

CITY OF RICHMOND AND
CHRISTOPHER MAGNUS,

    Defendants.

No. C 15-01556 WHA

**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiff Thomas Hauschild has filed an administrative motion to file under seal three exhibits he appended in support of his motion for partial summary judgment. These exhibits are portions of and exhibits to the Dickerson deposition; portions of and exhibits to Walle deposition; and exhibits to the Threets deposition. Under Civil Local Rule 79(e)(1), the "designating party must file a declaration . . . establishing that all designated material is sealable" within four days of the filing of the administrative motion. Plaintiff filed the motion to seal on June 2, 2016, but defendants (the designating party) have not filed any declaration establishing that all designated material is sealable. Accordingly, the administrative motion to file Exhibits A–C under seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE