IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF RICHMOND AND<br>CHRISTOPHER MAGNUS,<br><br>    Defendants.<br>                                           / | No. C 15-01556 WHA<br><br>**ORDER RESCHEDULING PRETRIAL HEARING AND ADJUSTING BRIEFING SCHEDULE FOR MOTIONS IN LIMINE** |

      The pretrial conference is **RESCHEDULED** to **AUGUST 3, 2016, AT 2:00 P.M.** The parties shall serve **and file** any motion *in limine* by **JULY 21, 2016.** The parties shall serve oppositions to any motions *in limine* by **JULY 30, 2016.** When the oppositions are received, the moving party should collate the motion and the opposition together, back to back, and then file the paired sets by **JULY 31, 2016.**

      **IT IS SO ORDERED.**

Dated: July 19, 2016.

                                                             WILLIAM ALSUP<br>                                                           UNITED STATES DISTRICT JUDGE