1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    THOMAS HAUSCHILD,                          No. C 15-01556 WHA

9              Plaintiff,

10   v.

11   CITY OF RICHMOND AND                       **ORDER GRANTING STIPULATION TO**
     CHRISTOPHER MAGNUS,                        **CONTINUE TRIAL AND SETTING**
12                                              **NEW TRIAL DATE**

13             Defendants.
                                        /
14

15        For good cause shown, the stipulation to continue the trial date is **GRANTED**.  The trial

16   date of August 15, 2016, and the pretrial conference date of August 3, 2016, are hereby

17   **VACATED**.

18        Trial shall begin instead on **NOVEMBER 7, 2016, AT 7:30 A.M.**  The pretrial conference

19   shall take place on **NOVEMBER 2, 2016 AT 2:00 PM.**

20

21        **IT IS SO ORDERED.**

22

23   Dated: July 29, 2016.
                                        _____
24                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28

United States District Court
For the Northern District of California