IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD, | No. C 15-01556 WHA |
| Plaintiff, | |
| v. | |
| CITY OF RICHMOND AND CHRISTOPHER MAGNUS, | **ORDER REFERRING CASE FOR MEDIATION** |
| Defendants. | |

This matter is hereby **REFERRED TO MAGISTRATE JUDGE DONNA M. RYU** for **MEDIATION**. All dates remain in effect.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE