IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF RICHMOND, *et al.*,<br><br>    Defendants.<br>                                          / | No. C 15-01556 WHA<br><br>**ORDER CONTINUING<br>TRIAL DATE** |

On account of Attorney David M. Poore's medical leave of absence, this Court had previously granted the parties' stipulation to continue the trial date to November 7. Counsel now seeks yet another continuance of the trial date to February 2017. This order **CONTINUES THE TRIAL DATE TO FEBRUARY 21, 2017, AT 7:30 A.M.** The final pretrial conference is **RESCHEDULED TO FEBRUARY 15, 2017, AT 2:00 P.M.** The parties shall serve and file any and all oppositions to the pending motions *in limine* by **NOVEMBER 10 AT NOON.**

This continuance is granted on the strict condition that Attorney Scott A. Brown, another attorney from the law firm representing plaintiff, come up to speed and be ready to try this case on February 21. Attorney Poore may try the case on that date if he is ready, but in any event, Attorney Brown must be ready to do so. Any objections to this condition must be filed by **OCTOBER 19 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 12, 2016.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE