IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAUSCHILD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, *et al.*,<br><br>Defendants.<br>_____ / | No. C 15-01556 WHA<br><br>**ORDER RE MOTION FOR DETERMINATION THAT PLAINTIFF IS NOT ENTITLED TO A JURY TRIAL** |

This order clarifies that plaintiff's claim for violation of POBR, the only claim remaining in this case (Dkt. No. 78), shall proceed to a bench trial. This is based on plaintiff's counsel's previous representations that the POBR issue would be tried before the judge (Dkt. No. 108-1 Exh. A at 3:25–4:9). A subsequent order continuing the trial date erred in setting a jury trial (Dkt. No. 100). This order corrects that mistake.

**IT IS SO ORDERED.**

Dated: November 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE