David M. Poore, SBN 192541
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:	(925) 943-1166
Facsimile:	(925) 955-8600
dpoore@bplegalgroup.com

Attorneys for Plaintiff
THOMAS HAUSCHILD

# UNITED STATES DISTRICT COURT

~~NORTHISN~~ DISTRICT OF CALIFORNIA
NORTHERN

| | |
|---|---|
| THOMAS HAUSCHILD, | Case No.  3:15-cv-01556 WHA |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF THOMAS HAUSCHILD'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS [CIV. L. R. 7-11, 79-5] |
| v. | |
| CITY OF RICHMOND; CHRISTOPHER MAGNUS; and DOES 1 through 10, inclusive, | |
| Defendants. | COURTROOM 8, 19TH FLOOR |
| | HON. WILLIAM ALSUP |

1   On July 28, 2016, Plaintiff THOMAS HAUSCHILD ("Plaintiff") filed his Motion for an
2   Administrative Motion to Seal Documents pursuant to [CIV. L. R. 7-11, 79-5].
3   The Court, having read the motion and the declaration filed in support thereof, finds that
4   Plaintiff's motion is:

6   GRANTED.

8   **IT IS SO ORDERED.**

10  Dated:  November 28, 2016.                                   _____
                                                                UNITED STATES DISTRICT JUDGE
11                                                              HON. WILLIAM ALSUP

---

2
[PROPOSED] ORDER GRANTING PLAINTIFF THOMAS HAUSCHILD'S ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS [CIV. L. R. 7-11, 79-5]
HAUSCHILD V. CITY OF RICHMOND ET AL, CASE NO. 3:15-CV-01556 WHA