David M. Poore, SBN 192541
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:     (925) 943-1166
Facsimile:      (925) 955-8600
dpoore@bplegalgroup.com

Attorneys for Plaintiff
THOMAS HAUSCHILD

# UNITED STATES DISTRICT COURT

~~NORTHISN~~ DISTRICT OF CALIFORNIA
NORTHERN

| | |
|---|---|
| THOMAS HAUSCHILD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; CHRISTOPHER MAGNUS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  3:15-cv-01556 WHA<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF THOMAS HAUSCHILD'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS<br>[CIV. L. R. 7-11, 79-5]<br><br>COURTROOM 8, 19TH FLOOR<br><br>HON. WILLIAM ALSUP |

1  On October 7, 2016, Plaintiff THOMAS HAUSCHILD ("Plaintiff ") filed his Motion for
2  an Administrative Motion to Seal Documents pursuant to [CIV. L. R. 7-11, 79-5].
3  The Court, having read the motion and the declaration filed in support thereof, finds that
4  Plaintiff's motion is:

5
6  GRANTED.

7

8  **IT IS SO ORDERED.**

9
10 Dated:  November 28, 2016.                                  _____
                                                                                        UNITED STATES DISTRICT JUDGE
11                                                                                   HON. WILLIAM ALSUP